# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| HUBERT MADISON | : |
| Petitioner, | : |
| v. | : Civil Action No. |
| | : 7:09-cv-101 (HL) |
| BRUCE CHAPMAN, | : |
| Respondent. | : |

## ORDER

Before the Court is the Recommendation (Doc. 8) of United States Magistrate Judge Thomas Q. Langstaff. The Magistrate Judge recommends denying Petitioner's Petition for Writ of Habeas Corpus and any certificate of appealability. The Petitioner did not file an objection to the Recommendation.

The Court has reviewed the Recommendation. The Recommendation is adopted and made the order of this Court. The Petition for Writ of Habeas Corpus is dismissed. A certificate of appealability is denied.

**SO ORDERED**, this the 18th day of July, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc